IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

LATANYA COLLINS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF EDUCATION
NEW YORK CITY PUBLIC SCHOOLS

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 23-CV-9248
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

MARUTOLLO, M.J.



RECEIVED
DEC 14 2023
PRO SE OFFICE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LATANYA COLLINS |
| Street Address | BOX 341143 |
| City and County | QUEENS |
| State and Zip Code | NEW YORK 11434 |
| Telephone Number | (631) 318 0153 |
| E-mail Address | lcollins09@live.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | NEW YORK CITY DEPARTMENT OF EDUCATION |
| Job or Title (if known) | |
| Street Address | 52 CHAMBERS STREET |
| City and County | NEW YORK, NEW YORK |
| State and Zip Code | 10007 |
| Telephone Number | (212) 422 6310 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address   _____
    (if known)

**C.** **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

  Name        Springfield Gardens H.S. Campus

  Street Address    143-10 Springfield Gardens Ave.

  City and County   Queens, New York

  State and Zip Code  11413

  Telephone Number  (212) 712-3273

**II.** **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

  ☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

   *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

  ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

   *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

  ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

   *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*: _____

☐ Relevant state law *(specify, if known)*: _____

☐ Relevant city or county law *(specify, if known)*: _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☒ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☒ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) _____

4

C. I believe that defendant(s) *(check one)*:

        ☐ is/are still committing these acts against me.
  X    is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☒ <u>religion</u> _____
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

On or around August 2004, I began my employment with NYC as a teacher, later Master Teacher for Special Education, citywide administrator, and Transition Leader for NYC Public Schools. On or around September 21, 2021, a religious exemption to the new COVID-19 vaccine mandate was submitted. On or around October 4, 2021 - I was placed on a disciplinary leave without pay, after almost 2 decades of service with the City of New York.

Before being placed on a forced disciplinary leave without pay, I participated in regular testing (at my own expense) submitted to daily health checks surveys temperature checks upon entry (administered by NYPD school safety), and daily mask-wearing. Still, I was advised that I needed to be injected against my sincere religious belief, even though I presented a negative COVID-19 test each day. My religious exemption was denied along with my request for an appeal. As a or around 10/15/2021 and a charge of discrimination was filed. I have been struggling to find full-time employment in NYC ever since. I applied for many other positions in the city and have not been hired for any full-time work after making it to 2nd and 3rd round of hiring committee interviews - with no reason offered as to why I was not hired. In addition, I later discovered that I would be completely locked out of the NYC Vendor Portal (a city system for grant and RFP proposals) keeping me from accessing any contract work as well.

On or about January 15, 2023, I became aware that the NYC Department of Education / NYC Public Schools flagged my fingerprints with a Problem Code at their Office of Personnel Investigations. This code is for hiring blocks and concerns typically stamped on the fingerprints of those who have committed a crime. Yet, I had been an employee in good standing.

Attorney John Bursch, along with other pieces of evidence confirmed this action. On February 8, 2023 at approximately 10AM at the US Court of Appeals for the Second Circuit Court Attorney Bursch shared under oath that fingerprints of unvaccinated teachers were shared with the FBI and the Department of Criminal Justice.
I was discriminated against and retaliated against because of my religious beliefs and for participating in a protected activity, in violation of my Civil Rights.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

January 2023

B. The Equal Employment Opportunity Commission *(check one)*:

  ☐ has not issued a Notice of Right to Sue letter.

  ☒ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

  *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

  ☐ 60 days or more have elapsed.

  ☒ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Order sought for damgages in the amount of $2 million dollars. Ongoing discrimination persist since the disciplinary action or release from tenured employment without due process. Lost salary, business funding, retirement defamation, pain and suffering etc.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 13, 2023.

Signature of Plaintiff

Printed Name of Plaintiff  Latanya Collins



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/18/2023

**To:** Ms. Latanya Collins
142-09 230 Place
Laurelton, NY 11413
Charge No: 520-2023-02132

EEOC Representative and email:   ARACELY FRANCOIS
Federal Investigator
aracely.francois@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
09/18/2023

Timothy Riera
Acting District Director

**Cc:**
Laura Berman
52 Chambers Street Room 308
New York, NY 10007

Henry Chou
Office of Legal Services NYC DOE
52 Chambers Street
New York, NY 10007


Please retain this notice for your records.