UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LATANYA COLLINS,

        Plaintiff,                              **ORDER**
                                                               23-CV-9248 (JAM)
        -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

        Defendant.
-----------------------------------------------------------x
JOSEPH A. MARUTOLLO, United States Magistrate Judge.

        Plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. The Clerk of Court is directed to issue a summons against Defendants. The United States Marshals Service is hereby directed to serve the summons, the complaint, and a copy of this Order upon the Defendants without prepayment of fees.

        SO ORDERED.

                                                               */s/ Joseph A. Marutollo*
                                                               JOSEPH A. MARUTOLLO
                                                               United States Magistrate Judge

Dated: Brooklyn, New York
         December 20, 2023