## CERTIFICATE OF SERVICE

**STEVEN E. SMITH**, an attorney duly admitted to practice before the United States District Court for the Eastern District of New York, affirms, under the penalty of perjury and pursuant to Rule 5(d)(1)(B)(i) of the Federal Rules of Civil Procedure, that the following is true and correct:

On the 17th day of January, I served upon Plaintiff, pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure, a copy of my letter motion requesting an extension of time to respond to the Complaint from January 18, 2024 to March 18, 2024, and a cover letter noting that Magistrate Judge Joseph A. Marutollo granted said motion for an extension, at:

**LATANYA COLLINS**
Plaintiff *pro se*
P.O. Box 341143
Queens, NY 11434

being the address within the State theretofore designated by her for that purpose, by depositing a copy of the same, enclosed in a prepaid wrapper in a post office box situated at 100 Church Street in the Borough of Manhattan, City of New York, regularly maintained by the United States Postal Service in said City.

Dated:  New York, New York
        January 17, 2024

_____
**STEVEN E. SMITH**