

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN E. SMITH
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1106
stevsmit@law.nyc.gov

April 22, 2024

**VIA ECF**
Hon. Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
    cc: Honorable Clerk of the Court
    Re:    *Collins v. N.Y.C. Dep't of Educ. et al.*
           23-cv-9248-JAM

Your Honor:

    I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants City of New York and the New York City Department of Education in the above-referenced action. I write, pursuant to paragraph (4) of the Administrative Order 2023-23 of the Eastern District of New York Board of Judges, to request that a United States District Judge be assigned to preside over this case because Defendants intend to file a Motion to Dismiss the Amended Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.

    Thank you for your consideration and attention to this matter.

Respectfully submitted,

Steven E. Smith
Assistant Corporation Counsel

cc:    Latanya Collins
       *Plaintiff Pro Se*
       P.O. Box 341143
       Queens, New York 11434
       (631) 318-0153