

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN E. SMITH**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1106
stevsmit@law.nyc.gov

May 17, 2024

**<u>VIA ECF, EMAIL, and U.S. MAIL</u>**
Hon. Natasha C. Merle
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Collins v. City of New York et al.*
>         1:23-cv-9248 (NCM) (JAM)

Dear District Judge Merle:

I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants City of New York and the New York City Department of Education in the above-referenced action.  I write to respectfully seek clarification of Your Honor's Order, dated May 9, 2024, on Defendants' motion for a pre-motion conference, ECF No. 19.

Defendants' pre-motion letter respectfully requested a stay of discovery, as there does not appear to be any possibility that any of the claims will survive the motion to dismiss. Pursuant to the Scheduling Order of Magistrate Judge Joseph A. Marutollo, dated April 22, 2024, the parties are scheduled to submit a joint Proposed Discovery Plan and Scheduling Order on May 21, 2024, ahead of the Initial Pre-Trial Conference, set for May 29, 2024.  Defendants therefore request further clarification of Your Honor's Order, dated May 9, 2024, on Defendants' request for a pre-motion conference, ECF No. 19, as to Defendants' request to stay discovery.

I thank the Court for its consideration and attention to this matter.

Respectfully submitted,

Steven E. Smith
Assistant Corporation Counsel

cc:    Latanya Collins
*Plaintiff Pro Se*
P.O. Box 341143
Queens, New York 11434
(631) 318-0153