# Exhibit C

# Charge of Discrimination

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| EEOC | **520-2023-02132** |
| FEPA | |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

| I Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Latanya Collins | (917) 617-1846 | |

Street Address

142-09 230 Place

Laurelton, NY 11413

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| NYC Department of Education | 501+ Employees | |

Street Address

65 Court Street

BROOKLYN, NY 11201

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address     City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: 09/21/2021   Latest: 02/14/2023 |
| Religion, Retaliation | |
| | Continuing Action |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

On or around August 20, 2004, I began my employment with the New York City Department of Education as a Teacher. On or around September 21, 2021, I've submitted a religious exemption to the COVID19 vaccine mandate. On or around October 4, 2021, I was placed on leave without pay after reporting to work - after almost 20 years of service.

The abovementioned was all due to a change from "regular testing to mandatory COVID19 injections". On or around October 4, 2021, I was told that that the abovementioned would no longer be acceptable and that I should submit to an injection or be fired. My sincerely held religious belief prevented me from accepting the newly mandated injection. However, it should noted, I presented COVID19 negative with regular testing, submitted to daily temperature checks, health screenings and mask wearing.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally Signed By: Ms. Latanya Collins**
02/21/2023

*Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

Page **1** of 4

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 520-2023-02132 |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

My religious exemption was denied and my request for appeal ignored. No 3020a hearing commenced for me. A 3020a hearing is city policy.

An inquiry was later filed with the EEOC on 10/15/2021, and a Charge of Discrimination, was ultimately filed against the DOE - Charge No#520202200788. A Right to Sue letter, signed by Kristen Clarke - Assistant Attorney General and K. Ferguson, Supervisor, was sent to me and the legal intake officers of the Department of Education on 7/1/2022. Since then, I have been struggling to obtain employment in New York City and I have been locked out of the New York City vendor portal - and unable to re-register. You must be in the NYC vendor portal to access any contracts with NYC.

For example, I have applied for the following positions during October 2022 - none of which, have provided any reason to not hire me. I have made it to 2nd and 3rd round interviews to later hear no response as to why I was not hired.

Special education teacher

Transition Coordinator

Principal of Special Education

Instructional Coach

Assistant Superintendent PPS

Online instructor

I have been locked out of the following NYC Vendor Portals - These portals are a must to view, Request for Proposals (RPFs), to bid for contracts, and to be paid as a vendor.

HSS Accelerator

NYC's Payee Information Portal (PIP)

NYC Procurement and Sourcing Solutions Portal (PASSPort)

I have no access to these portals although I previously did as of January 3, 2020, for previous vendor #vs0006018 - is "not found". I have also been removed from the Mayor's Office of Contract Services (MOCS) site/portal which you must be a part of to receive contracts too. You must in the portal to communicate with vendors and to bid on any jobs. I am unaware of when I was removed, yet I do know that I noticed issue with access around the later part of 2022 to date.

On or about January 15, 2023, I became aware that my fingerprints were flagged in the NYC Department of Education's Problem Code at their office of Personnel Investigations by Betsy Combier and later by Michael Kane February 14, 2023, of Children's Health Defense, also a fired teacher who

| | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Ms. Latanya Collins**  02/21/2023 | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| *Charging Party Signature* | |

| | CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| | This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | **520-2023-02132** |

| **New York State Division Of Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

applied for religious exemption to the mandate and attorney John Bursch, who shared under oath, during hearing on February 8, 2023, at approximately 10:00AM, at the US Court of Appeals for the Second Circuit Court, that finger prints where shared with the FBI and Department of Criminal Justice.

I believe I was retaliated against because of my religious reliefs for engaging in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Latanya Collins**<br>**02/21/2023**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.