

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**STEVEN E. SMITH**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1106
stevsmit@law.nyc.gov

February 27, 2025

**VIA ECF AND EMAIL**
Gibson Law Firm PLLC
Sujata S. Gibson
120 E. Buffalo St., Suite 201
Ithaca, NY 14850
(607) 327-4125
sujata@gibsonfirm.law

      Re:    *Collins v. City of New York et al.*
              1:23-cv-9248 (RER) (PK)

Dear Ms. Gibson:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants City of New York ("City") and the New York City Department of Education ("DOE") in the above-referenced matter.

      Enclosed, please find a copy of Defendants' Notice of Motion to Dismiss the Second Amended Complaint ("SAC"), dated February 27, 2025; the Declaration of Steven E. Smith, dated February 27, 2025 and the exhibits annexed thereto; and Defendants' Memorandum in Support of Their Motion to Dismiss the SAC, dated February 27, 2025.

      Very truly yours,

      Steven E. Smith
      Assistant Corporation Counsel

Encls.