# GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.
120 E Buffalo St., Suite 2
Ithaca, New York 14850

April 10, 2026

**BY ECF**
Hon. Ramon E. Reyes
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    *Collins v. City of New York, et al.*
> 1:23-cv-9248 (RER) (PK)

Dear Judge Reyes:

Pursuant to the Court's March 25, 2026, Order, Plaintiffs respectfully submit their proposed Second Amended Complaint. See Exhibit A (clean copy) and Exhibit B (redline).

As discussed with opposing counsel, Plaintiffs have restructured the complaints in the three related actions—Clarke, Hogan, and Collins—so that each complaint now contains identical (or nearly identical) sections for "Factual Allegations Common to All Plaintiffs" and for the causes of action. Only the sections setting forth each individual plaintiff's specific facts differ among the three pleadings. Through this process, Plaintiffs took time to reduce the complaint by twenty pages and 400 fewer paragraphs.

Rather than independently re-drafting each complaint from its prior version, Plaintiffs used the most recently amended complaint (Clarke) as the template, and then conformed the other two complaints to that structure by incorporating the common factual allegations and causes of action into each. As a result, the redlined versions may appear substantially revised, even where the underlying allegations and claims remain consistent across the actions.

Plaintiffs adopted this approach because the core factual allegations and legal claims are materially the same in all three matters. Presenting them in a uniform structure is intended to streamline motion practice and assist the Court and the parties in addressing common issues efficiently, rather than requiring cross-referencing between differently organized pleadings.

Plaintiffs and Defendants also discussed the possibility of consolidating these related matters. Defendants' counsel indicated that he will confer with his client, and the parties will meet and confer further before any motion practice on that issue. Regardless of whether

consolidation is ultimately sought or granted, aligning the structure of the complaints now will facilitate more efficient proceedings should the Court allow amendment.

Respectfully Submitted,

*/s/ Sujata S. Gibson*
Counsel for the Plaintiffs

Cc:     All counsel via ECF