# GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.
120 E Buffalo St., Suite 2
Ithaca, New York 14850

April 16, 2026

**BY ECF**
Hon. Ramon E. Reyes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Collins v. City of New York, et al.* 1:23-cv-9248 (RER) (CHK)
Correction to Caption/Parties ECF 57-1

Dear Judge Reyes:

Plaintiffs have a pre-motion letter before the Court related to proposed amendments sought. I write to correct Defendants listed in the caption in the proposed amended complaint, currently before the Court at ECF 57-1, which should read as follows:

THE CITY OF NEW YORK, DAVE CHOKSHI, in his individual and official capacity; NELLIE AFSHAR in her individual and official capacity; STEVEN BANKS, in his individual and official capacity; JACKIE BRAY in her individual and official capacity; JAY VARMA in his individual and official capacity; ERIC EICHENHOLTZ in his individual and official capacity, and the NEW YORK CITY DEPARTMENT OF EDUCATION.

Moreover, in the Parties section, Defendant Varma was inadvertently left out. If the Court allows amendment, we would respectfully want to amend the caption and add Dr. Varma's paragraph to the Parties section as follows:

Defendant JAY VARMA was, at all relevant times, a senior public health official for the City of New York, including serving as Senior Advisor for Public Health in the Office of the Mayor. In that role, Dr. Varma was a key architect of the City's COVID-19 response and played a central role in the development, implementation, and oversight of the vaccination mandate and related policies governing religious exemption requests. Acting

under color of state law, Dr. Varma participated in, coordinated, and/or approved policies and practices that directed how such requests were evaluated and denied, including the standardized framework challenged in this action.

I have conferred with Defendants' counsel, and he does not object to these corrections to my submissions, though I believe the City does plan to object to amendment generally.

Respectfully Submitted,

/s/ Sujata S. Gibson
Counsel for the Plaintiffs

Cc:     All counsel via ECF