# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Latanya Collins, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  23-cv-9248 |
| | ) | |
| PLEASE SEE ATTACHED | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  PLEASE SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gibson Law Firm, PLLC
120 E Buffalo Street, Suite 2
Ithaca, NY 14850
(607) 327-4125
sujata@gibsonfirm.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

ATTACHED RIDER WITH DEFENDANTS' INFORMATION

**COMPLETE CASE CAPTION FOR 23-cv-9248 (RER)(CHK):**

LATANYA COLLINS,

                    Plaintiff,

         -against-

THE CITY OF NEW YORK, DAVE CHOKSHI, in his individual and official capacity; NELLIE AFSHAR in her individual and official capacity; STEVEN BANKS, in his individual and official capacity; JACKIE BRAY in her individual and official capacity; JAY VARMA in his individual and official capacity; ERIC EICHENHOLTZ in his individual and official capacity, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendants.

**SUMMONS IN A CIVIL ACTION**
**To:**

**The City of New York**
100 Church Street
New York, NY 10007-2601

**Dave Chokshi**
City College of New York
North Academic Center (NAC)
Office 6/107B
160 Convent Ave.
New York, NY, 10031

**Nellie Afshar**
42-09 28th Street
Queens, NY 11101

**Steven Banks**
Eleven Times Square
19th Floor
New York, NY 10036

**Jackie Bray**
1220 Washington Avenue
State Office Campus, Building 7A, Suite 710
Albany, NY 12226

**Jay Varma**
51 Lincoln Pl., Apt. 4
Brooklyn, NY 11217


**Eric Eichenholtz**
100 Church Street
New York, NY 10007-2601


**New York City Department of Education**
100 Church Street
New York, NY 10007-2601