

<table>
<tr><td>

**Steven Banks**
*Corporation Counsel*

</td><td>

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

</td><td>

**Jason Imbiano**
Tel.: (212) 356-8766
jimbiano@law.nyc.gov

</td></tr>
</table>

June 8, 2026

**VIA ECF & EMAIL**
Gibson Law Firm PLLC
Sujata S. Gibson
120 E. Buffalo St., Suite 201
Ithaca, NY 14850
(607) 327-4125
sujata@gibsonfirm.law

      Re:    *Latanya Collins v. City of New York et al*
             23-cv-9248 (RER) (CHK)

Dear Ms. Gibson:

      I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and I represent Defendants in the above-referenced matters. Enclosed, please find a copy of Defendants' Notice of Motion to Dismiss the Second Amended Complaint ("SAC"), dated June 8, 2026; the Declaration of Steven E. Smith, dated February 27, 2025 and the exhibits annexed thereto; and Defendants' Memorandum in Support of Their Motion to Dismiss the SAC, dated June 8, 2026.

                                      Respectfully,

,

                                 /s/ Jason Imbiano
                                 Jason Imbiano
                                 *Assistant Corporation Counsel*

Enclosures