UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LATANYA COLLINS,

                              Plaintiffs,

             -against-

THE CITY OF NEW YORK, DAVE CHOKSHI, in
his official and individual capacity; NELLIE AFSHAR,
in her official and individual capacity; STEVEN
BANKS, in his official and individual capacity;
JACKIE BRAY, in her official and individual capacity;
JAY VARMA, in his official and individual capacity;
and ERIC EICHENHOLTZ, in his official and individual
capacity, and the NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendants.

Case No. 1:23-cv-09248
(RER)(CHK)

**NOTICE OF
APPEARANCE**

---

**PLEASE TAKE NOTICE** that I, Jimmy Wagner, have been retained by plaintiffs. My

contact information is as follows:

Of Counsel
The Gibson Law Firm, PLLC
120 E. Buffalo St., Suite 2
Ithaca, New York 14850
(929) 477-8889
jimmy013@gmail.com

Dated:  June 24, 2026

Jimmy Wagner, Esq.