**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LATANYA COLLINS,<br><br>Plaintiff,<br><br>-against -<br><br>CITY OF NEW YORK et al,<br><br>Defendants. | **NOTICE OF CHANGE OF ADDRESS**<br><br>CASE NO. 23-cv-9248 (RER)(CHK) |

**TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for:

SUJATA S. GIBSON, ESQ., State Bar No.: 4585824

I am an attorney for the Plaintiffs in this matter.

FIRM INFORMATION

OLD FIRM ADDRESS:
FIRM NAME: Gibson Law Firm, PLLC
FIRM ADDRESS: 120 E Buffalo St., Ste. 2, Ithaca, NY 14850
FIRM TELEPHONE NUMBER: (607) 327-3284
FIRM FAX NUMBER: (607) 238-4689

NEW FIRM ADDRESS:
FIRM NAME: Gibson Law Firm, PLLC
FIRM ADDRESS: 416 N Tioga St., Ste. 4, Ithaca, NY 14850
FIRM TELEPHONE NUMBER: (607) 327-3284
FIRM FAX NUMBER: (607) 238-4689

I will continue to be counsel of record on the above-entitled case at my new firm address.

Dated: Ithaca, New York
August 6, 2026

SUJATA S. GIBSON, ESQ.
sujata@gibsonfirm.law